ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    333 Market St., Ste. 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

Attorneys for Defendant
Michael J. Astrue, Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| ROBERT E. LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:10-cv-01359-JC<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Stipulation to Remand) lodged concurrent with the lodging of the within

1  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED, AND**
2  **DECREED** that the above-captioned action is remanded to the Commissioner of
3  Social Security for further proceedings consistent with the Stipulation to Remand.
4
5  DATED: January 28, 2011  _____/s/_____
6                                                    HON. JACQUELINE CHOOLJIAN
7                                                    UNITED STATES MAGISTRATE JUDGE